1040

[Nos. 18572-5-II; 18651-9-II; 18652-7-II; 18653-5-II; 18654-3-II. Division Two. July 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER POWER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. PACERIAN BIRT, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE ROACH, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DAMON CHARLES NELSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY W. FISHBAUGH, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, Nos. 347113R010, 364994R010, 364618R010, 241818R020, 361919R010, Thomas A. Swayze, J. (#1), Frederick B. Hayes, J. (#2), Thomas Felnagle, J. (#3), Grant L. Anderson, J. (#4 & 5), entered July 27, 1994 (#1), September 20, 1994 (#2), August 29, 1994 (#3), August 24, 1994 (#4), and August 25, 1994 (#5). *Reversed* (#1, 3 & 4), *affirmed* (#2), and *dismissed* (#5) by unpublished per curiam opinion.

[No. 31986-8-I. Division One. July 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KURTIS K. HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-02954-7, John M. Darrah, entered November 23, 1992. *Dismissed* by unpublished per curiam opinion.